FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH PASCHALL | ) |
| Plaintiff | ) |
| | ) Civil No.: ELH-12-2006 |
| v. | ) |
| EQUABLE ASCENT FINANCIAL, LLC | ) |
| Defendant | ) |

## ORDER DISMISSING DEFENDANT WITH PREJUDICE

The parties having agreed to entry of this stipulation to Dismiss this action as to all named Defendants with Prejudice, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendant Equable Ascent Financial, are Dismissed with Prejudice from the within action, with no costs assessed as to any party.

IT IS SO ORDERED.

Ellen L. Hollander  10/18/12
U.S. DISTRICT COURT JUDGE